UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) CR. NO. 07-20148-Ma |
| KELVIOUS LINDSEY, | ) |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

Kevin G. Ritz, Assistant United States Attorney applies to the Court for a Writ to have Kelvious Lindsey, M/B, Booking 07104000, R&I #00331677, now being detained at Shelby County Jail, 201 Poplar Avenue, Memphis, Tennessee, to appear before the Honorable U.S. Magistrate Judge James H. Allen, on September 19 2007 at 2:00 p.m., for an Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 13th day of September, 2007.

S/Kevin R. Ritz
Assistant U. S. Attorney

Upon consideration of the foregoing Application,

DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN AND MARK LUTTRELL, SHERIFF.

YOU ARE HEREBY COMMANDED to have KELVIOUS LINDSEY appear before the HONORABLE U.S. DISTRICT JUDGE JAMES H. ALLEN on the date and time aforementioned.

ENTERED this 13th day of September, 2007.

S/James H. Allen
U.S. MAGISTRATE JUDGE